

**Dr. David J. MacIntyre, Psy.D., LPC**
Director of Training & Development – The Centre for Well-Being, Inc.
4601 Camp Phillips Road
Weston, WI 54476
Phone: 715-848-5022
Email: drdavidmacintyreconsulting@gmail.com

September 2, 2025

**Mr. Brent Eisberner**
Shareholder Attorney
Levine Eisberner LLC
100 Wilburn Road, Suite 101
Sun Prairie, WI 53590
Phone: 608-621-2888, ext. 704
Fax: 608-268-8607

---

**Re: Expert Report on Psychological Harm– *Johnson v. School District of Rhinelander, Case No. 23-CV-761 (W.D. Wis.)***

Dear Mr. Eisberner,

Please find enclosed my Expert Witness Report regarding the above-referenced case. As requested, this report addresses the scope of evaluation outlined in your correspondence dated August 20, 2025, and incorporates the concerns initially raised by Brooke Johnson-Paquette on June 26, 2025.

In preparing this report, I reviewed the Amended Complaint, the Opinion and Order of Judge William M. Conley(Order to Dismiss), deposition transcripts, treatment records from February 2023 through October 2024, and other collateral documentation. My analysis was also informed by my direct clinical work with Remus Johnson.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

Page 1

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |



The report provides my professional opinions, to a reasonable degree of psychological certainty, regarding:

1. The psychological, social, and developmental impact of the District's decision to shift Remus to online/self-directed learning and deny access to certain classes.

2. The effects of the District's actions and inactions in responding to bullying, harassment, and discrimination.

3. The detrimental effects of staff conduct, including misgendering and record-keeping failures.

4. The causal relationship between these events and Remus' psychiatric symptoms, developmental disruptions, and treatment needs.

5. The extent of harm attributable to the District's conduct.

6. The necessity of intensive, multi-modal treatment interventions, including psychotherapy, DBT skills, crisis services, inpatient psychiatric care, psychopharmacology, and gender-affirming hormone therapy.

In my expert opinion, the School District's actions and omissions directly and substantially harmed Remus Johnson's psychological health, social development, and educational trajectory. The severity of this harm necessitated extensive and medically necessary treatment interventions, as outlined in detail in the enclosed report.

Please let me know if additional clarification, testimony, or supplemental analysis is required as the case proceeds. I remain available for deposition and trial testimony and will work with your office to coordinate scheduling and any further documentation needed.

Page 2

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |



Thank you for the opportunity to contribute to this matter.

Sincerely,

Electronically Signed on September 2, 2025, at 1430 pm

**Dr. David J. MacIntyre, Psy.D., LPC**

Page 3

**BUSINESS PHONE (715)  848-5022**
**FAX  (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N.  6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI  54403 | MERRILL, WI 54452 | RHINELANDER, WI  54501 | WESTON, WI 54476 |



Expert Report on Psychological Harm

Prepared by: Dr. David J. MacIntyre, Psy.D., LPC
Director of Training & Development – The Centre for Well-Being, Inc.
Independent Trauma-Informed Consultant

Case: *Remus Johnson and Brooke Johnson-Paquette v. School District of Rhinelander Board of Education and Eric Burke, Superintendent*
Case No.: 23-CV-761 (W.D. Wis.)
Date of Report: September 2, 2025

---

I. Qualifications

 I am a licensed doctoral level professional counselor with over 33 years of experience specializing in trauma, complex PTSD, adolescent development, and gender-affirming care. My work includes clinical supervision, graduate teaching, national and international trainings, and authorship of integrative trauma-informed psychotherapy manuals. As Director of Training & Development at a multidisciplinary practice, I oversee clinician education and provide consultation and expert testimony nationwide.

My caseload routinely involves adolescents exposed to bullying, identity-based harassment, and institutional discrimination. I am deeply familiar with the World Professional Association for Transgender Health (WPATH) Standards of Care, Version 8 (2022). WPATH emphasizes that affirming name, pronouns, and access to appropriate facilities is medically necessary care for gender dysphoria; withholding affirmation predictably worsens anxiety, depression, and suicidality. The Complaint itself recognizes this medical consensus: failing to respect a student's gender identity "is contrary to established medical protocols and can exacerbate an individual's symptoms of Gender Dysphoria."

I am therefore qualified to opine on:

**BUSINESS PHONE (715)  848-5022**
**FAX  (888) 778-6750**

**WAUSAU CENTRE**
901 N.  6TH STREET
WAUSAU, WI  54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI  54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



1. The psychological impact of bullying, misgendering, isolation, and institutional neglect on adolescent health and development.

2. The medical necessity of multi-modal interventions, including psychotherapy, DBT skills, crisis and inpatient care, psychopharmacology, and gender-affirming hormone therapy.

Clinical Expertise and Consultation
I provide psychotherapy to children, adolescents, adults, couples, and families, using evidence-based modalities such as Cognitive Behavioral Therapy (CBT), Dialectical Behavior Therapy (DBT), Brainspotting, and trauma-focused approaches. My practice emphasizes trauma recovery (including complex PTSD), depression and anxiety treatment, suicide prevention, behavior modification, LGBTQIA+ affirmative counseling, and correctional/offender rehabilitation.

I have extensive experience conducting psychological evaluations with children, adolescents, and adults, addressing diagnostic clarification, treatment planning, custody and placement, competency, and forensic concerns. I am a Certified Brainspotting Therapist and Consultant, training and supervising other clinicians in advanced use of this modality. I also consult internationally on trauma-informed care, supporting clinicians, agencies, and systems in implementing best practices for trauma recovery and resilience-building across diverse populations and cultural contexts.

In addition, I provide parenting capacity evaluations for custody and placement in family law proceedings. These evaluations assess parents' psychological functioning, parenting skills, ability to meet children's emotional, developmental, and physical needs, and capacity to provide safe, stable environments. They often include structured interviews, standardized psychological testing, collateral contacts, and review of records. The purpose is to assist courts in making evidence-based decisions about custody, placement, and visitation that are in the child's best interests.

Leadership and Training Experience
I currently serve as Director of Training & Development at the Centre for Well-Being, Inc., where I design and deliver continuing education programs, supervise clinicians, and oversee clinical training initiatives. I provide independent consultation and testimony on trauma-informed and gender-affirming care.

**BUSINESS PHONE (715)  848-5022**
**FAX  (888) 778-6750**

Page5

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N.  6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI  54403 | MERRILL, WI 54452 | RHINELANDER, WI  54501 | WESTON, WI 54476 |



Previously, I served as Chief Resident at the University of Utah Neuropsychiatric Institute, where I provided clinical services, supervised trainees, and led treatment teams in acute and chronic psychiatric settings. Following this, I completed a post-doctoral fellowship at the University of Iowa, further developing expertise in clinical assessment, psychotherapy, and interdisciplinary collaboration.

I also served as Mental Health Manager for Correctional Health Care/Health Professionals, LTD., overseeing mental health services at 23 correctional sites across three states. I developed and implemented treatment programs, supervised staff, and provided consultation to correctional and law enforcement agencies.

I have held adjunct faculty appointments at Roosevelt University and Nicolet Area Technical College, teaching graduate and undergraduate psychology. I have supervised master's, doctoral, and medical students in their clinical training and continue to mentor clinicians in trauma-informed and gender-affirming care.

Licensure and Education

- Licensed Professional Counselor in Wisconsin (License No. 4018-125, since 2008).

- Previously licensed in Illinois (1996–2013).

- Post Doctoral Fellow-University of Iowa (2001-2003).

- Psy.D. in Clinical Psychology – Roosevelt University. (2001).

- M.A. in Counseling – Roosevelt University (1996).

- B.S. in Psychology – Carroll University.(1992).

- Doctoral dissertation: *Utilization of Onsite Psychological Services in Probation and Parole Settings*.

Professional Contributions
I have authored integrative psychotherapy manuals on trauma-informed care, CBT,IFS

**BUSINESS PHONE (715)  848-5022
FAX  (888) 778-6750**

**WAUSAU CENTRE**
901 N.  6TH STREET
WAUSAU, WI  54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI  54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



Brainspotting, and gender-affirming practice. I provide consultation and training for clinicians, correctional facilities, schools, and healthcare agencies across the United States and internationally.

Conclusion of Qualifications

This combination of clinical expertise, psychological evaluation experience, international consultation, leadership roles, parenting capacity evaluations, teaching, supervision, and advanced training (including Chief Residency and a post-doctoral fellowship) uniquely qualifies me to provide expert opinions on the developmental, psychiatric, and social effects of discrimination, bullying, and exclusion, as well as the medical necessity of treatment interventions for youth such as Remus Johnson.

---

II. Methodology

Sources reviewed:

- Amended Complaint (Mar 14, 2024).

- Deposition of Brooke Johnson-Paquette (Sept 20, 2024).

- Deposition of Remus Johnson (Sept 19, 2024).

- Opinion & Order (Hon. William M. Conley, Mar 27, 2025-Order to Dismiss).

- Clinical records (Feb 17, 2023 – Oct 1, 2024): intake, >55 progress notes, DBT intake + 4 DBT groups, crisis 90839, inpatient documentation, medication notes, and testosterone support letter.

Analytic framework: I integrated DSM-5-TR criteria (Major Depressive Disorder, Generalized Anxiety Disorder, Eating Disorders, Gender Dysphoria), WPATH SOC-8, developmental psychology, and trauma science. I mapped events in the record to symptom onset and exacerbation, compared sworn testimony with contemporaneous clinical data, and assessed the causal necessity of each level of care.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



Request for Evaluation

On June 26, 2025, I received an email from Brooke Johnson-Paquette asking whether I would be willing to serve as a liability expert and write a report for her attorney. In her message, she asked:

"Are you still willing to be a liability expert and write a report for our lawyer on how the exclusion from the school district and how they treated Remus and the effects on social, mental, anxieties and depression to their life moving forward after they left the district?"

I met with Brooke on June 24, 2025, and later with Remus on July 26, 2025, to discuss these issues.

On August 20, 2025, Attorney Brent Eisberner followed up with an email specifying the scope of this evaluation. He requested that I address the following questions:

1. Assess whether the school district's actions—particularly the shift to online schooling and denial of certain classes—had a detrimental effect on Remus' life and development.

2. Evaluate the impact of the district's actions or inactions regarding the alleged bullying.

3. Evaluate the impact of district employees' alleged actions and statements.

4. Provide my professional opinion on which events caused psychological or developmental harm to Remus.

5. Offer an opinion on the extent or degree ("amount") of harm to Remus' development/life attributable to the school's actions or inactions.

6. Provide recommendations regarding what additional treatment or interventions were required due to the school district's conduct.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



For clarity, I reframe these into the following structured summary of scope that guides this report:

1. Educational Access – Assess whether the school district's decision to shift Remus to online/self-directed learning and denial of access to certain classes (e.g., physical education, culinary) caused psychological, social, or developmental harm.

2. Bullying and Harassment – Evaluate the impact of the district's actions or inactions in response to repeated reports of bullying, harassment, and discrimination (e.g., misgendering, slurs, peer mistreatment) on Remus' mental health and development.

3. Employee Conduct – Assess the detrimental effect of district employees' specific actions and statements (e.g., misgendering, refusing to update records, segregated bathroom use) on Remus' well-being and development.

4. Causation of Harm – Provide a professional opinion on which of these events directly contributed to Remus' psychological distress, gender dysphoria exacerbation, suicidal ideation/attempt, eating disorder, and other developmental harms.

5. Extent of Harm – Offer an opinion on the degree or "amount" of harm attributable to the school district's actions/inactions (e.g., academic disruption, loss of peer connection, forced relocation, financial burden on family, long-term anxiety and depression).

6. Treatment Needs – Recommend what additional therapy, medical interventions, or support services were required specifically because of the school district's conduct (e.g., inpatient psychiatric care, ongoing therapy, family relocation, accommodations for reentry into school).

---

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



## III. Background Summary

The Amended Complaint alleges the District "repeatedly refused to recognize or respect Remus' gender identity" and undertook "discriminatory and highly stigmatizing actions" including: (a) denying equal restroom access and requiring a single-occupancy bathroom; (b) intentionally and repeatedly using Remus' birth name and incorrect pronouns; (c) ignoring sex-based harassment and mislabelling it as "peer harassment"; (d) denying access to in-person class instruction and forcing online self-directed learning; (e) failing to investigate/document harassment; and (f) failing to involve the Title IX Coordinator. The Complaint further states the District's chosen "solution" "forced Remus to be further isolated… and significantly increased the symptoms of Gender Dysphoria including anxiety, depression, and suicidal ideations."

Harassment began in middle school and continued in high school. The Complaint details slurs shouted in staff presence — "'dyke,' 'girl-boy,' 'what are you?,' 'freak'" — and crowding and taunting in hallways and locker rooms. A teacher, Neil Rumney, "would go out of his way to interact with Remus, often referring to [them] as 'ma'am' or 'Ms.'… after Remus would confront Mr. Rumney… he would 'smirk' and say… 'I guess I shouldn't be calling you that.'" The Complaint adds that records were not updated and teachers/substitutes continued using the birth name, forcing Remus to pre-emptively notify each teacher every term, which "resulted in… increased symptoms of Gender Dysphoria, including anxiety, depression, and suicidal ideations."

After an OCR investigation, the Department of Education found systemic failures, including: failure to track/investigate, Title IX Coordinator unaware, and a response that burdened the victim by removing Remus from in-person education — "removing Remus from nearly all in-person academic instruction." The Complaint also recounts a documented incident where a student used the slur "faggot," which the District coded as "peer mistreatment," not sex-based harassment.

Consistent with these allegations, the Order by Judge Conley confirms that nonbinary students are protected under Title IX and that the Complaint alleges plausible sex discrimination (exclusion from classes, compelled online instruction, restricted restroom access).

---

**BUSINESS PHONE (715)  848-5022**
**FAX  (888) 778-6750**

**WAUSAU CENTRE**          **MERRILL CENTRE**          **RHINELANDER CENTRE**          **WESTON CENTRE**
901 N.  6TH STREET        607 CEDAR STREET            310A N BROWN ST                 4601 CAMP PHILLIPS RD
WAUSAU, WI  54403         MERRILL, WI 54452           RHINELANDER, WI  54501          WESTON, WI 54476



IV. Clinical Treatment Summary

Intake (02/17/2023): Diagnosed Major Depressive Disorder, recurrent (F33.1) and Generalized Anxiety Disorder (F41.1). Previous diagnosis of the patient reported "mental health issues like depression and anxiety," a history of bullying/misgendering and eating disorder hospitalization, and avoidance of prior therapy due to misgendering. Weekly psychotherapy was medically indicated.

Course of care:

- ≥55 individual sessions (90837/90834), weekly–biweekly, employing CBT, Focused Mindfulness, and Brainspotting for trauma processing, emotion regulation, cognitive restructuring, and safety planning (NSSI: hitting self).

- DBT intake (06/17/2024) and 4 DBT groups (06/27, 07/11, 07/18, 08/01) with skills generalization.

- Crisis psychotherapy (90839) on 04/26/2024 for acute escalation in self-harm; post-crisis stabilization and relapse-prevention.

- Inpatient psychiatric admission (Willow Creek Behavioral Health, 2024) following crisis escalation.

- Medications: Citalopram 10 mg, Hydroxyzine PRN, Vyvanse 30 mg (improved attentional control).

Gender-affirming care (F64.2 Gender Dysphoria in Adolescents and Adults)- On 11/13/2023 I issued a WPATH SOC-8-concordant letter: "Remus has demonstrated a profound and persistent identification… hormone therapy is a critical and necessary step to alleviate gender dysphoria." Testosterone was initiated with informed consent and family support. After initiation, charted outcomes show marked reduction in depression/anxiety, remission of sustained SI, improved self-efficacy, and forward movement (college/work). These outcomes align with WPATH SOC-8's

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |



evidence that gender-affirming care reduces psychiatric morbidity when social affirmation has been denied.

Outcomes: By mid-2024, symptom ratings fell from ~7–8/10 to ~2–3/10. Remus reported: "When I get anxious now, I can tell myself that it's OK, and I can be rational… not break down about everything." Residual challenges included social isolation, maternal-relationship strain, and financial stressors.

---

V. Detailed Findings

Question 1: Did the shift to online schooling or denial of certain classes harm Remus?

Complaint evidence:

- "In December 2019, Remus began online schooling… Online schooling led to feelings of isolation and worsening mental health".

- "This 'solution' forced Remus to be further isolated… and significantly increased the symptoms of Gender Dysphoria including anxiety, depression, and suicidal ideations."

- Exclusion from PE and culinary due to "safety" concerns, compounding loss of normal educational experience.

Clinical analysis (WPATH/DSM-5-TR): Adolescents require scaffolding of peer contact and activity-based mastery (e.g., PE, labs, vocational courses). Forced isolation removes developmental buffers and is a known risk factor for suicidal ideation and depressive relapse (Loades et al., 2020). WPATH SOC-8 underscores that social transition is part of treatment; removing a student from peer environments undermines transition and worsens dysphoria (WPATH, 2022). In Remus' case, segregation was iatrogenic—it punished the victim and clinically precipitated the need for crisis and inpatient levels of care.

---

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



Question 2: Did the District's inaction regarding bullying cause harm?

Complaint evidence:

- "Ignoring Remus' complaints of multiple incidents of sex-based harassment… labeling student-on-student harassment as 'peer harassment.'"

- OCR found failures to track, investigate, respond, or involve Title IX; the response "further burdened" Remus by removing in-person access.

- Harassment included daily slurs ("dyke," "girl-boy," "what are you?," "freak") in staff presence and a documented "faggot" incident later coded as peer mistreatment.

Clinical analysis (trauma science/DSM-5-TR): Chronic identity-based harassment without adult protection is a pathway to complex trauma—intrusions, avoidance, hyperarousal, negative self-schema ("I am unsafe; I am wrong"), self-harm, and suicidality. Victimization of LGBTQ youth is strongly associated with depression and suicide attempts (Hatzenbuehler, 2011; Toomey et al., 2011). Minority stress models explain how repeated stigma and discrimination accumulate to produce psychiatric morbidity (Meyer, 2003; Hatzenbuehler, 2009). In Remus' record, this pattern culminated in an eating-disorder-mediated suicide attempt, crisis 90839, and inpatient stabilization. The District's indifference reinforced helplessness, a core driver of suicidality, and causally necessitated higher levels of care.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



Question 3: Did district employees' actions/statements harm Remus?

Complaint evidence:

- Neil Rumney: "often referring to Remus as 'ma'am' or 'Ms.'… after Remus would confront… he would 'smirk' and say… 'I guess I shouldn't be calling you that.'"

- Records not updated; teachers/substitutes continued using the birth name, forcing Remus to pre-notify every term, which "resulted in… increased… anxiety, depression, and suicidal ideations."

Clinical analysis (WPATH SOC-8): Misgendering by authority figures is iatrogenic harm. SOC-8 explicitly frames name/pronoun affirmation as medically necessary to relieve dysphoria (WPATH, 2022). Research shows that chosen name use across contexts is associated with reduced depression and suicidality among transgender youth (Russell et al., 2018). Recurrent staff invalidation eroded therapeutic alliance with the school, fueled shame/anger cycles, and elevated self-harm risk— patterns documented in my clinical notes (NSSI urges, despair, crisis escalation).

---

Question 4: Which events caused psychological or developmental harm?

Complaint evidence:

- "This discrimination led to increased social anxiety, stress, fear, and ultimately, a suicide attempt."

- The restroom restriction was "discriminatory, burdensome, or unworkable" and "exacerbated… depression, anxiety, and suicidal thoughts."

- The District limited Remus to one distant restroom and failed to update records despite board policy (Guide 2266).

Clinical analysis (causation): The causal chain is consistent and medically credible: peer harassment → staff misgendering/record failures → restroom segregation → forced online

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476



school/denial of classes → social isolation → eating-disorder relapse → suicide attempt and later crisis/inpatient care. Each link reflects cumulative trauma and degradation of protective factors (belonging, visibility, competence). Minority stress theory explains how repeated stigma leads to cumulative psychiatric burden (Meyer, 2003; Hatzenbuehler, 2009).

---

Question 5: What was the extent or "amount" of harm?

Complaint evidence:

- "Lowered self-esteem, embarrassment, social isolation… heightened symptoms of Gender Dysphoria, including depression, anxiety, and suicidal ideations."

- Early graduation attributed to trauma, "at the expense of a complete/full high school experience."

- Family incurred "significant financial loss… extreme stress, anxiety, and fear."

Clinical analysis (severity/duration): Harm was severe, pervasive, and enduring across domains: psychiatric (MDD, GAD, eating-disorder-mediated suicidality, NSSI); educational (forced hybrid/online, class exclusion, loss of milestones); social (ostracization, persistent avoidance, fear in public); financial (relocation, lost wages, treatment expenses). Cumulative minority stress predicts higher chronic symptom load (Hatzenbuehler, 2009). Protective structures like affirming GSAs are associated with reduced risk (Toomey et al., 2011); their absence here amplified harm.

---

Question 6: What additional treatment was required due to the District's conduct?

Complaint evidence:

- "Remus sought medical treatment through hospitalization/in-patient care… ultimately resulting in a suicide attempt."

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

**WAUSAU CENTRE**
901 N. 6TH STREET
WAUSAU, WI 54403

**MERRILL CENTRE**
607 CEDAR STREET
MERRILL, WI 54452

**RHINELANDER CENTRE**
310A N BROWN ST
RHINELANDER, WI 54501

**WESTON CENTRE**
4601 CAMP PHILLIPS RD
WESTON, WI 54476

Page 15

- OCR found the District's response removed Remus from in-person education, not the harassers.

Clinical analysis (medical necessity): The record shows multi-modal, medically necessary care: psychotherapy, DBT skills, crisis intervention, inpatient hospitalization, psychopharmacology, and gender-affirming testosterone. Gender-affirming care is linked to lower depression and suicidality (Turban et al., 2020). WPATH SOC-8 recognizes hormone therapy as medically necessary. For Remus, testosterone corresponded with remission of sustained SI, consistent with evidence.

VI. Conclusion: Conclusion and Summary

I am a doctoral-level licensed professional counselor (Psy.D., LPC) with over 33 years of clinical experience focused on treatment and evaluation, including extensive work with children, adolescents, and adults; parenting capacity evaluations for custody and placement; and trauma-informed, gender-affirming care. My background includes serving as Chief Resident at the University of Utah Neuropsychiatric Institute, completing a post-doctoral fellowship at the University of Iowa, directing training and clinical education at the Centre for Well-Being, Inc., and consulting internationally on trauma-informed systems of care. Guided by DSM-5-TR standards, WPATH SOC-8, and the clinical record, my conclusions are rendered to a reasonable degree of psychological certainty.

Summary of the evidence reviewed and my opinions:

- Educational access and isolation: The shift to online/self-directed learning and denial of classes (e.g., PE and culinary) increased isolation and removed critical developmental buffers. For Remus, these actions amplified depression, anxiety, and gender dysphoria. This pattern is consistent with the clinical literature on adolescent isolation and suicidality and with WPATH SOC-8 guidance that social transition and inclusion in affirming environments are medically necessary components of care.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |

THE CENTRE FOR WELL-BEING
INCORPORATED

- Bullying and harassment response: The district's failure to promptly and effectively address repeated reports of bullying, peer harassment, and discrimination—combined with documentation gaps—allowed a hostile environment to persist. Clinically, this prolonged exposure to identity-based stressors is associated with elevated risk of

- depressive symptoms, trauma-related responses (intrusions, avoidance, hyperarousal, negative self-schema), suicidal ideation, and self-harm. The trajectory observed in Remus' record (including an eating-disorder-mediated suicide attempt) is congruent with these risks.

- Employee conduct and misgendering: Recurrent misgendering, refusal to update records, and the burden placed on Remus to correct adults undermined therapeutic alliance with the school, entrenched shame and humiliation, and intensified dysphoria. Consistent with SOC-8 and empirical findings, failure to affirm name/pronouns and segregated bathroom use are iatrogenic practices that predictably increase psychiatric morbidity.

- Causation of harm: The sequence—peer harassment → staff misgendering/record failures → restroom segregation → forced online schooling/denial of classes → social isolation—represents a cumulative risk pathway. In Remus' case, this pathway culminated in worsened depression/anxiety, dysphoria exacerbation, disordered eating, suicidal ideation and behavior, and the need for acute psychiatric care. The timing and pattern of symptom escalation align with the events documented in the record.

- Extent ("amount") of harm: Harm was severe and multi-domain: psychiatric (MDD, GAD, dysphoria exacerbation, NSSI), educational (loss of normative milestones; early graduation without the benefits of a full peer experience), social (ostracization, avoidance, diminished sense of safety), and financial (family stressors related to treatment and relocation). These injuries are substantial and enduring, with clear functional consequences.

- Treatment necessity and scope: The intensity of care required—over 55 psychotherapy sessions, DBT skills groups, crisis intervention (90839), inpatient psychiatric stabilization, psychopharmacology, and gender-affirming testosterone—was medically necessary to address the harms described. Following SOC-8-concordant hormone initiation, Remus'

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

Page 17

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |

**THE CENTRE FOR WELL-BEING**
I N C O R P O R A T E D

sustained suicidality remitted and overall symptom burden decreased, consistent with best-practice outcomes.

Conclusion:

The district's actions and inactions directly caused and/or substantially exacerbated Remus Johnson's psychiatric symptoms and developmental disruption. These failures led to a clinically significant and preventable escalation from chronic stress to acute psychiatric crisis, necessitating intensive, multi-modal treatment. Given the documented pattern of isolation, unremediated harassment, staff misgendering, and burdensome "solutions" placed on the student rather than the perpetrators, the harms observed were foreseeable, significant, and durable. In my professional judgment, identity-affirming practices (including accurate records, pronoun/name use, and equal access to facilities and education) and timely, effective responses to harassment are not ancillary—they are essential clinical and developmental safeguards.

---

If you have any additional questions, please do not hesitate to reach out at (715) 848-5022

Respectfully submitted,

Electronically signed on September 2, 2025, at 1604 pm
Dr. David J. MacIntyre, Psy.D., LPC
Trauma-Informed Consultant
Director of Training & Development, The Centre for Well-Being, Inc.

---

References

Hatzenbuehler, M. L. (2009). How does sexual minority stigma "get under the skin"? A psychological mediation framework. *Psychological Bulletin, 135*(5), 707–730.

Hatzenbuehler, M. L. (2011). The social environment and suicide attempts in lesbian, gay, and bisexual youth. *Pediatrics, 127*(5), 896–903.

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |

Loades, M. E., Chatburn, E., Higson-Sweeney, N., Reynolds, S., Shafran, R., Brigden, A., & Crawley, E. (2020). Rapid systematic review: The impact of social isolation and loneliness on the mental health of children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 59*(11), 1218–1239.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674–697.

Russell, S. T., Pollitt, A. M., Li, G., & Grossman, A. H. (2018). Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *Journal of Adolescent Health, 63*(4), 503–505.

Toomey, R. B., Ryan, C., Diaz, R. M., & Russell, S. T. (2011). High school gay–straight alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. *Applied Developmental Science, 15*(4), 175–185.*

Turban, J. L., King, D., Reisner, S. L., & Keuroghlian, A. S. (2020). Pubertal suppression for transgender youth and risk of suicidal ideation. *Pediatrics, 145*(2), e20191725.

World Professional Association for Transgender Health. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health, 23*(Suppl. 1), S1–S259.*

**BUSINESS PHONE (715) 848-5022**
**FAX (888) 778-6750**

| **WAUSAU CENTRE** | **MERRILL CENTRE** | **RHINELANDER CENTRE** | **WESTON CENTRE** |
|---|---|---|---|
| 901 N. 6TH STREET | 607 CEDAR STREET | 310A N BROWN ST | 4601 CAMP PHILLIPS RD |
| WAUSAU, WI 54403 | MERRILL, WI 54452 | RHINELANDER, WI 54501 | WESTON, WI 54476 |